IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

VINCENT A. GALLIMORE,

        Petitioner,

   v.

STEVEN FRANKE,

        Respondent.

Case No. 2:11-cv-1119-SI

ORDER TO DISMISS

SIMON, District Judge

    Petitioner filed this habeas corpus action pursuant to 28 U.S.C. § 2254. Before the Court is Petitioner's Motion to Voluntarily Dismiss the petition [21]. Petitioner's Motion to Dismiss is GRANTED, and this action is DISMISSED without prejudice.

    IT IS SO ORDERED.

    DATED this 23rd day of March, 2012.

                                      Michael H. Simon
                                      United States District Judge

1 - ORDER TO DISMISS